Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Shepard Barclay* for petitioner. *Mr. Assistant Attorney General Porter* for the United States.

No. 884. ST. CHARLES AMUSEMENT & TRANSPORTATION COMPANY *v.* LUDWIG B. ELHARDT ET AL. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Lowrie C. Barton* for petitioner. *Mr. T. A. Wright* and *Mr. Will D. Wright* for respondents.

No. 885. SAMUEL BERNSTEIN *v.* UNITED STATES. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Robert H. Talley* for petitioner. *Mr. Assistant Attorney General Porter* for the United States.

No. 373. SUPREME CONCLAVE, IMPROVED ORDER OF HEPTASOPHS *v.* WILLIAM MARSHALL WILSON. See *ante,* 583.

No. 846. IOWA CENTRAL RAILWAY COMPANY *v.* J. W. BREEN. March 17, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Iowa denied. *Mr. C. H. E. Boardman* for petitioner. *Mr. Milton Remley* for respondent.

No. 862. NULOMOLINE COMPANY *v.* JULIUS STROMEYER, TRADING AS JULIUS STROMEYER & COMPANY. March 17,

1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Chester N. Farr, Jr.,* for petitioner. *Mr. Michael J. Ryan* for respondent.

No. 866. ZENITH CARBURETOR COMPANY *v.* STROMBERG MOTOR DEVICES COMPANY. March 17, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Clarence P. Byrnes* and *Mr. Melville Church* for petitioner. *Mr. Charles A. Brown* for respondent.

No. 872. H. M. LUCK, EXECUTRIX, ETC., *v.* ABRAM P. STAPLES, TRUSTEE, ETC. March 17, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. W. L. Welborn* for petitioner. *Mr. Abram P. Staples* for respondent.

No. 880. NEW YORK, PHILADELPHIA & NORFOLK RAILROAD COMPANY *v.* LILLIE WILKINS, ADMINISTRATRIX, ETC. March 17, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Floyd Hughes* and *Mr. Thomas H. Willcox* for petitioner. *Mr. John W. Oast, Jr.,* for respondent.

No. 891. ST. LOUIS SOUTHWESTERN RAILWAY OF TEXAS *v.* FRANK SMITH. March 17, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. B. Perkins* for petitioner. No appearance for respondent.